[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 20, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12357

_____

D. C. Docket No. 05-00479-CV-FTM-99-DNF

LIFETIME HOMES, INC.,

Plaintiff-Appellant,

versus

WALKER HOMES, INC.,
RESIDENTIAL DEVELOPMENT CORPORATION,
RESIDENTIAL LAND ACQUISITIONS,
AMERILAND INVESTMENTS, LLC,
SGD INVESTMENTS, LLC, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(March 20, 2008)**

Before HULL and WILSON, Circuit Judges, and ALBRITTON,* District Judge.

PER CURIAM:

After careful review of the briefs and the benefit of oral argument, we find no reversible error in the district court's opinion.

AFFIRMED.

---

* Honorable W. Harold Albritton, United States District Judge for the Middle District of Alabama, sitting by designation.